**Opinion issued August 27, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-13-00457-CV**

_____

**ECONOMY MUD PRODUCTS D/B/A ECONOMY POLYMERS & CHEMICALS, Appellant**

**V.**

**BENCHMARK ENERGY PRODUCTS, LLC, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-16364**

## MEMORANDUM OPINION

Appellant, Economy Mud Products d/b/a Economy Polymers & Chemicals, has filed a motion to dismiss this appeal, set aside the trial court's judgment, and remand the case to the trial court for entry of a take-nothing judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). Appellee, Benchmark Energy Products, LLC, has filed a

letter-response, opposing appellant's motion on non-substantive grounds but agreeing to the "general relief requested therein: this Court setting aside the trial court's final judgment without regard to the merits, and remanding this matter to the trial court for rendition of a take-nothing judgment." No opinion has issued.

Accordingly, we grant appellant's motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *Id.* We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.